UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUGENE E. PRICE,

    Plaintiff,

v.

MICHAEL EBERITZCH, et al.,

    Defendants.

Case No. 25-cv-07877-JCS

**ORDER OF TRANSFER**

    The events giving rise to plaintiff's claims in this 42 U.S.C. § 1983 action took place in San Joaquin County, where all of the defendants were also located at the time of those events. San Joaquin lies in the Eastern District of California. Accordingly, this action is TRANSFERRED to the Eastern District of California. *See* 28 U.S.C. §§ 84(b), 1391(b), 1406(a).

    The Clerk shall transfer this action forthwith.

    **IT IS SO ORDERED.**

Dated: November 6, 2025

JOSEPH C. SPERO
United States Magistrate Judge